IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SOYUNCH ORAZMUHAMMEDOV, SELBI ORAZMUHAMMEDOVA, *Plaintiffs*, | § | |
| v. | § | NO. 4:26-CV-00713-MJT-ZJH<br>JUDGE MICHAEL TRUNCALE |
| DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, JOSEPH B. EDLOW; *Defendant*. | § | |

## ACKNOWLEDGMENT OF DISMISSAL

Plaintiff has filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice was filed before the opposing parties served either an answer or motion for summary judgment. Accordingly, the court acknowledges that this action is dismissed in its entirety, without prejudice, effective the date of the party's voluntary dismissal.

All motions by either party not previously ruled on are DENIED.

**SIGNED this 28th day of October, 2026.**

Michael J. Truncale
United States District Judge